ILA M. BROWNING, Plaintiff-Appellee, v. GORDON T. JOHNSON, Defendant-Appellant.

(No. 70-87;

Second District—March 3, 1971.

*Rehearing denied April 1, 1971.*

Opinion by Mr. JUSTICE SEIDENFELD.

Yalden & Ridings, of Rockford, for appellant.

Goldman & Jacobsen, of Rockford, for appellee.